# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**TRAVIS CUNNINGHAM,**

    *Petitioner*,

v.                                            Case No.: 4:21cv273-MW/MJF

**CHIP WOOD, et al.,**

    *Respondent*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 2. Upon consideration, no objections having been filed by the parties,[1]

**IT IS ORDERED:**

The report and recommendation, ECF No. 2, is **accepted and adopted** as this Court's opinion. Petitioner's case is **TRANSFERRED** to the Middle District of

---

[1] This Court has received notice that mail containing the Magistrate Judge's Report and Recommendation was returned as undeliverable on July 28, 2021. ECF No. 3. However, Petitioner has an independent obligation to keep this Court apprised of his mailing address, which he has not done in this case.

Florida. Accordingly, the Clerk shall take all steps necessary to effect the transfer and close the file.

    **SO ORDERED on August 10, 2021.**

                                          <u>**s/Mark E. Walker**</u>
                                          **Chief United States District Judge**